UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Petitioner<br><br>    v.<br><br>BLOCK, INC.,<br><br>    Respondent. | Case No. 22-mc-80214-SK<br><br>**ORDER REQUIRING SERVICE AND SETTING RESPONSE DEADLINE**<br><br>Regarding Docket No. 1 |

On August 18, 2022, Petitioner the Consumer Financial Protection Bureau ("CFPB") filed a miscellaneous petition to enforce its civil investigative demands against Respondent Block, Inc. ("Block"). (Dkt. No. 1.) The Court HEREBY ORDERS that CFBP shall serve a copy of its petition and all supporting documents on Block no later than September 27, 2022, and file proof of service thereof on the same date. The Court further ORDERS that Block may file a response to the petition no later than October 18, 2022.

**IT IS SO ORDERED**.

Dated: September 13, 2022

_____
SALLIE KIM
United States Magistrate Judge