**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>       Petitioner,<br><br>       v.<br><br>BLOCK, INC.,<br><br>       Respondent. | Case No. 3:22-mc-80214 |

**CERTIFICATE OF SERVICE**

I hereby certify that I served on Respondent Block, Inc. (Block): a true and correct copy of the Petition to Enforce Civil Investigative Demands and all supporting documents on August 18, 2022 (*see* Certificates of Service at D.E. 1, 2, 3-1, and 4-1), and a true and correct copy of the Court's Order (D.E. 8) on September 14, 2022. I made such service by e-mail on consent of counsel for Block as follows:

>Allyson Baker, Esq.
>Paul Hastings LLP
>2050 M Street NW
>Washington, D.C. 20036
>allysonbaker@paulhastings.com

>/s/ Joyce Chen
>JOYCE CHEN (NY Reg. #4717245)
>(Appearing per Local Rule 11-2)
>Consumer Financial Protection Bureau
>1700 G Street, NW
>Washington, DC 20552
>Phone: 202-702-4226
>Email: joyce.chen@cfpb.gov
>
>*Attorneys for Petitioner*
>*Consumer Financial Protection Bureau*