# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Petitioner,

v.

BLOCK, INC.,

    Respondent.

Case No. 22-mc-80214-SK

**NOTICE OF APPEARANCE OF SARAH BALDWIN ON BEHALF OF PETITIONER**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Sarah Baldwin hereby enters an appearance as attorney for Petitioner in the above-referenced action. Please add said attorney as a party to be noticed on all pleadings, notices and other material in this action.

    Sarah Baldwin, Esq.
    Consumer Financial Protection Bureau
    1700 G Street, NW
    Washington, DC 20552
    sarah.baldwin@cfpb.gov

Dated: September 19, 2022

    /s/ Sarah Baldwin
    SARAH BALDWIN (NY Reg. #5414248)
    (Appearing per Local Rule 11-2)
    Consumer Financial Protection Bureau
    1700 G Street, NW
    Washington, DC 20552
    Phone: 202-480-6912
    Email: sarah.baldwin@cfpb.gov

    *Attorneys for Petitioner*
    *Consumer Financial Protection Bureau*