## **CERTIFICATE OF SERVICE**

    I, Sarah Baldwin, hereby certify that, on September 19, 2022, I electronically filed NOTICE OF APPEARANCE OF SARAH BALDWIN, ON BEHALF OF PETITIONER with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                /s/ Sarah Baldwin
                                Sarah Baldwin