JOYCE CHEN (NY Reg #4717245)
Tel.: (202) 702-4266 / Email: joyce.chen@cfpb.gov
SARAH BALDWIN (NY Reg #5414248)
Tel.: (202) 480-6912 / Email: sarah.baldwin@cfpb.gov
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Petitioner*
*Consumer Financial Protection Bureau*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>BLOCK, INC.,<br><br>Respondent. | Case No.  22-mc-80214-SK<br><br>**PETITIONER'S LOCAL RULE 7-11 MOTION TO FILE REPLY BRIEF IN FURTHER SUPPORT OF PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMANDS** |

I, Joyce Chen, declare as follows:

1. I am a Senior Litigation Counsel in the Office of Enforcement at the Consumer Financial Protection Bureau (Bureau).

2. I am lead counsel on a nonpublic Bureau investigation concerning possible violations of the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536, the Electronic Fund Transfer Act, 15 U.S.C. § 1693 et seq., and Regulation E, principally 12 C.F.R. §§ 1005.11 and 1005.6, or 12 C.F.R. §§ 1005.18(d) and 1005.18(e).

3. I submit this declaration pursuant to Local Rule 7-11 in support of the Bureau's Motion for Leave to File a Reply Brief in Support of the Petition to Enforce Civil Investigative Demands.

4. On Wednesday, October 19, 2022, I contacted Respondent's counsel seeking consent to the Bureau's request for leave to file a Reply brief. Respondent's counsel stated that Respondent takes no position on the request.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 27th day of October 2022 at New York, New York.

*/s/ Joyce Chen*
Joyce Chen