JOYCE CHEN (NY Reg #4717245)
Tel.: (202) 702-4266 / Email: joyce.chen@cfpb.gov
SARAH BALDWIN (NY Reg #5414248)
Tel.: (202) 480-6912 / Email: sarah.baldwin@cfpb.gov
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Petitioner*
*Consumer Financial Protection Bureau*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Petitioner,<br><br>        v.<br><br>BLOCK, INC.,<br><br>        Respondent. | Case No.   22-mc-80214-SK<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S LOCAL RULE 7-11 MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMANDS** |

**[PROPOSED] ORDER**

Before the Court is Petitioner Consumer Financial Protection Bureau's (Bureau) Local Rule 7-11 Motion for Leave to File a Reply Brief in Support of the Petition to Enforce Civil Investigative Demands. The Court, having duly considered the petition and briefing, along with all other relevant materials, rules as follows:

**IT IS HEREBY ORDERED** that, good cause appearing, the Petitioner's motion for leave to reply is GRANTED.

**IT IS FURTHER ORDERED** that the Bureau shall file the Reply brief and supporting declaration by November 4, 2022.

Date: _____    _____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE