UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>        Plaintiff,<br><br>    v.<br><br>BLOCK, INC.,<br><br>        Defendant. | Case No. 22-mc-80214-SK<br><br>**ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO FILE REPLY BRIEF**<br><br>Regarding Docket Nos. 20, 21 |

Before the Court is Petitioner Consumer Financial Protection Bureau's (Bureau) Local Rule 7-11 Motion for Leave to File a Reply Brief in Support of the Petition to Enforce Civil Investigative Demands. The Court, having duly considered the petition and briefing, along with all other relevant materials, rules as follows:

**IT IS HEREBY ORDERED** that, good cause appearing, the Petitioner's motion for leave to reply is GRANTED.

**IT IS FURTHER ORDERED** that the Bureau shall file the Reply brief and supporting declaration by November 4, 2022.

**IT IS SO ORDERED**.

Dated: October 31, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge