# Exhibit A

| | |
|---|---|
| **From:** | Chen, Joyce (CFPB) |
| **Sent:** | Tuesday, September 13, 2022 6:11 PM |
| **To:** | Baker, Allyson; Boylan, Meredith; Marusak, Michael; Liu, Michelle |
| **Cc:** | Baldwin, Sarah (CFPB); Weinstein, Max (CFPB); Rosario, Elizabeth (CFPB) |
| **Subject:** | Outstanding items from August 2020 and August 2021 CIDs to Block |
| **Attachments:** | DR 5 and 6 responsive materials.pdf |

Dear Allyson:

I write to follow up on items discussed during our phone call of August 18, 2022, as well as outstanding items from the August 2021 CID.

Document Request Nos. 5 and 6 (from the August 2020 CID)
In response to your request for a list of documents responsive to Document Request Nos. 5 and 6 during our call of August 18, 2022, we provide a list of documents (attached to this email) that were referred to in previously-produced documents that are responsive to Document Request Nos. 5 and 6. A supplemental list of additional material linked or referenced in the produced documents will follow soon. All of these documents should have been produced because their titles suggest their content would be responsive to these requests, and/or because they are incorporated by reference within the documents already produced. We provide these lists merely to assist Block, and by providing them we do not mean to suggest in any way that they represent a complete list of responsive documents outstanding. Block recently produced additional documents that contain links to documents that also appear responsive to Document Request Nos. 5 and 6, and the Bureau expects that all such linked documents will also be produced. It is Block's responsibility to search for and produce all documents responsive to Document Request Nos. 5 and 6.

Once Block has completed production for the August 2020 CID, please provide the required Certificate of Compliance that certifies, among other things, that a diligent search has been made for all responsive documents and information, and that all such documents and information have been produced.

**REQUESTS FROM THE AUGUST 2021 CID:**
Document Request Nos. 13 and 18
Block's production thus far for Document Request Nos. 13 and 18 includes documents from the following custodians only:
- Dave Baldwin
- Patrick Capstick
- Catherine Card
- Chris Davis
- Chris Draper
- Jim Esposito
- Ryan Fechte
- Ellen Mauger
- Dustin Moring
- Ayo Omojola

Please confirm: 1) whether the productions for Document Request Nos. 13 and 18 associated with the above-referenced custodians were complete, and if not, when such production will be completed for those custodians;

1

2) when the rolling production of the documents of the remaining 10 custodians for Document Request No. 13 will begin, and when Block expects to complete its entire production in response to that request; and 3) when the rolling production of the documents of the remaining 14 custodians for Document Request No. 18 will begin, and when Block expects to complete its entire production in response to that request.

Document Request No. 14
Please confirm whether Block has completed its production for Document Request No. 14, or whether additional documents are forthcoming, and if so, when such additional documents will be produced.

Document Request No. 15
Block's response to Document Request No. 15, in its Seventh Objections and Responses, dated August 31, 2022, is that it reviewed materials for Document Request No. 15 "involving the custodians and search terms previously negotiated with the Bureau, and thus far, it has not identified documents responsive to this request as written." Unlike Document Request Nos. 13 and 18, Document Request No. 15 has not been modified to limit it in any way. Therefore, Block should not be limiting its search for responsive documents with respect to that request in reliance on the list of custodians or search terms that were part of modifications to other document requests. Keeping this in mind, please indicate when Block will complete its search and production in response to Document Request No. 15.

Written Report Nos. 1 and 3
Please confirm whether Block has completed its production for Written Report Nos. 1 and 3, or whether additional rows of data are forthcoming, and if so, when such additional data will be produced.

Please respond as soon as possible with the requested information. Of course, this letter does not purport to represent all outstanding issues with Block's deficient production in response to the Bureau's CIDs issued to Block. Please also add Sarah Baldwin (cc'd here) from our office on future correspondence, as she has joined our investigation team. Thank you.

Regards,
Joyce


Joyce Chen
Attorney | Office of Enforcement
Office: (202) 435-9215
Cell: (202) 702-4226


Consumer Financial Protection Bureau
**consumerfinance.gov**


Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.