# Exhibit B

| | |
|---|---|
| **Message** | |
| From: | Claire Roberts (Marqeta) [chargebacks@marqeta.zendesk.com] |
| Sent: | 2/9/2017 12:31:17 AM |
| CC: | Dhanji Prasanna [dhanji@squareup.com]; daniele@squareup.com; Ayo Omojola [ayo@squareup.com]; Ryan Fechte [rfechte@squareup.com] |
| Subject: | Service Dispute 208514 ($53.00) |

##- Please type your reply above this line -##

You are registered as a CC on this support request (4379). Reply to this email to add a comment to the request.



**Claire Roberts** (Marqeta)

Feb 8, 16:31 PST

Matter resolved – closing ticket



**Thelma Bautista** (Marqeta)

December 12, 2016, 14:08 PST

Hi Chris,

Chargeback has been submitted for this case. I will update you once i received the resolution.

Best,
Thelma



**Chris Davis**

December 9, 2016, 14:13 PST

Hi Thelma,

Today is the 45th day and the provisional credit I paid is now permanent.

Any recovered funds are to be paid to SQ, rather than the cardholder.

Thanks,
Chris



**Chris Davis**

October 30, 2016, 16:29 PDT

Hello,

Square would like to file a chargeback as a service dispute 30 – Services Not Provided or Merchandise Not Received.

Cardholder Name: ▮▮▮▮▮▮▮▮
Card Ending: ▮▮▮▮
Card Status: Card still in Account holder's possession

Transaction Date: 10/10/16 at 11:25pm CDT
Merchant: BOOHOO.COM
Dollar Amount: $53.00
Transaction ID: ▮▮▮▮▮▮

Reported to Square: 10/25/16
10th Business Day: 11/08/16

Per our cardholder, "This was an online purchase from a website www.boohoo.com. I used the given card in the Square app. The order was placed on October 11,2016 in the amount of 53 dollars. I ordered and my order was never received."

----------
Thank you,
Chris
Square Cash

This email is a service from Marqeta. Delivered by Zendesk

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7            SQUARE_CFPBCID_107840