Exhibit C

**Message**

**From:** alerts@t.appfigures.com [alerts@t.appfigures.com]
**on behalf of** Appfigures Alerts [alerts@t.appfigures.com]
**Sent:** 3/7/2019 12:04:21 AM
**To:** Brian [brian@squareup.com]
**Subject:** We found 260 new reviews for Cash App and 6 more apps.

# appfigures alerts

### Hi Brian,

There are 260 new reviews for 7 apps you're tracking, including Cash App and Square Point of Sale - POS.

---

 **Cash App**

Play · 111 new reviews

★★★☆☆

seems like anything over $100, sending or receiving, has problems behind it, pay attention or just use a trusted source... like a bank 🙄

By ▓▓▓▓▓▓▓ · v2.43.0

   

★☆☆☆☆

terrible assistance, I sent money to a friend and they declined it and I never recieved my refund. it's so stupid that my money wasn't returned.

By ▓▓▓▓▓▓▓ · v2.44.0

    

★★★★★

great options!!

By ▓▓▓▓▓▓▓ · v2.45.3



★★★★★

Great

By ▮▮▮▮▮▮▮▮ · v2.42.1

f  🐦  🔗  ✉  ↩ Reply

★★★★★

I rate this app at minus five stars get f***** suck my ass you dumb
f****** b****** f*** you

By A Google user · v2.45.3

f  🐦  🔗  ✉  ↩ Reply

★★★★★

Translated to English · Show original

Great app !!! ✿

By ▮▮▮▮▮▮▮▮▮ · v2.45.3

f  🐦  🔗  ✉  ↩ Reply

★★★★★

great app

By ▮▮▮▮▮▮ · v2.45.3

f  🐦  🔗  ✉  ↩ Reply

★★★★★

still having problems with card

By ▮▮▮▮▮▮



★☆☆☆☆

i am new to this. cashapp has sent me a fourth signin code. havent
been able to signin yet!! And the name jason comes up. My name
is priscilla!!

By A Google user  · v2.45.3

★★★★☆

good, it help.....

By ███████████  · v2.45.3

There are **101 more new reviews** for Cash App.



**Square Point of Sale - POS**

Play · 103 new reviews

★★☆☆☆

It continues to disconnect. I have lost several clients due to this
issue. I will not swipe or input the credit card numbers because
Square does not reimburse their own clients if the customer
disputes the charge because the mag stripe was swiped and the
chip was not used. Customers get to keep the merchandise and get
their money back. We as customers to Square are not protected.

By ██████  · v5.5

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7          SQUARE_CFPBCID_234326



★★★★★

love this app

By ▮▮▮▮▮▮▮   · v5.7.1

f  🐦  🔗  ✉  ↩ Reply

★★★★★

love the service

By ▮▮▮▮▮▮▮   · v5.7.1

f  🐦  🔗  ✉  ↩ Reply

★★★★★

great

By ▮▮▮▮▮▮▮   · v5.4.1

f  🐦  🔗  ✉  ↩ Reply

★★★★★

used this app for over 5 years !! No problems !!! Great App

By A Google user  · v4.99

f  🐦  🔗  ✉  ↩ Reply

★★★★★

So convenient, why not?

By ▮▮▮▮▮▮▮   · v5.7.1

f  🐦  🔗  ✉  ↩ Reply

★★☆☆☆

Square is ok. Their charges do add up, though. Hacker logged into
my square this past Jan. They changed my account cc #, to their cc
#, and used my account to deposit bad $ and tried to withdraw it.

Square noticed it, told me to change my business email!?!? I said nope and that maybe I'll try another service. Their fee's, then I'm hacked? They put the blame on my email security, but my square account is the only app I've had hacker problems with. Cards suck, and will probably be the end of us.

By  · v4.92



★★★★★

helps me out.

By  · v4.99

f  y  ∂  ✉  ↩ Reply

★★★★☆

I am glad we have the Square Point in our ministry. It affords those who have limited cash to give in an alternative way. It's also safe because there's minimal cash flow and no waiting for checks to clear.

By  · v5.7.1

f  y  ∂  ✉  ↩ Reply

★★★★★

Love this little "jigger". Well done Square!

By  · v5.7.1

f  y  ∂  ✉  ↩ Reply

There are 93 more new reviews for Square Point of Sale - POS.

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7          SQUARE_CFPBCID_234328



## Cash App
iOS · 32 new reviews

★★★★★

### Extremely Frustrated
This was my first time using this app and I can say it hasn't been a pleasant experience thus far. I was sent money on the 28th of February 2019 and was told by the app I would receive it on Monday. I looked in my account and no money. Tuesday morning around 2 or 3 in the morning, I reach out to customer service about me not getting my money. They ask me additional information and I provide it and I don't hear from them. I send another email, no response. The app says to go on your desktop and follow the direction.

This morning, Wednesday I try to get a hold of customer service through t... **more**

By  · v2.45.2 · United States

f   🐦   🔗   ✉   ↩ Reply

★★★★★

### Lost 4000
These people take your money and then never answer the email.

They don't even have a contact number they scammed me for 4,000 and then they told me to give them 10 days to dispute and then they never answered. It's been months.
I need my money back I'm about to get evicted they make it seem like they are going to help but they aren't. Apple shouldn't even let these people have a app. We need to fix something. They can't have a app that is sitting here scamming people and they don't do anything about it.

By  · v2.45.2 · United States

f   🐦   🔗   ✉   ↩ Reply

★★★★★

### No issues
Never had an issue with cash app I personally love it and recommend to all my friends

By  · v2.45.2 · United States



## ★★ Not a happy customer

**Not a happy customer**
I wouldn't recommend this app. It seems so convenient until they say a transaction is complete but you never receive payment. And here's the kicker I tried to call customer service but there isn't a number. So I left a few emails and they never got back to me I guess I have to chuck it up as a loss 😒😒

By  · v2.45.2 · United States

## ★★★★

**So far so good**
I've used it about six times now and I haven't had any issues so I guess I like it. Definitely convenient to use.

By  · v2.45.2 · United States

## ★

**Terrible! Might loose money**
Terrible terrible app!!! Thought it was nice and convenient until I had someone claim charges were fraudulent with their bank and all the money got pulled right out of my bank account from cash-app. There's no customer service that you can reach to dispute this issue!! ANYONE can send you money and then call their bank and call it fraud! Cash app will give the money right back to them out of your account without a investigative work at all!!! BE CAREFUL WITH THIS APP

By  · v2.45.2 · United States

## ★★

**Not the worst but not the best**

When I first got Cash App which was about 2 or 3 years ago there was never a fee to have the money put in your account. It was so nice and perfect, but as the app got more popular they charge a fee. It's silly and dumb. I still use it but I wouldn't recommend it to anyone. Especially since I've heard people's accounts get hacked and money has gone missing. I use the app to pay my bills and that's it.

By  · v2.45.2 · United States





### U won't receive $5 for inviting ur friends
I have invited and sat next to someone who I invited and used my code and did everything the way they said , and neither of us have received $5 , multiple occasions.

By  · v2.45.2 · United States

★★★☆☆

### Fidelity Support
Does not work with a Fidelity Brokerage Cash Management checking account or a Brokerage Checking account. It's not clear whether this is a Fidelity or a Square issue. The effect though is the same. It doesn't work and that's all that matters to me.

By ▇▇▇▇▇ · v2.45.2 · United States



### Nice!
Super easy and fast.

By ▇▇▇▇ · v2.45.2 · United States



There are **22 more new reviews** for Cash App.

 **Square Appointments**
iOS · 3 new reviews

⭐⭐⭐⭐⭐

**Simple and easy to use and edit**
I love this way more than style seat it's simple and easy to use especially people new to booking sites

By  · v5.7.1 · United States

f  y  🔗  ✉  ↩ Reply

⭐⭐⭐⭐⭐

**Add different colors to appointments**
Can the appointments be different colors? When I have a day full of clients , I can't tell whose who , everything starts to look the same with blue everywhere.

By  · v5.7.1 · United States

f  y  🔗  ✉  ↩ Reply

⭐⭐☆☆☆

**Appointments ap for square**
I'm struggling a bit with navigating this app. I am a therapist and am only able to check clients out on my phone or device. I also would like it if the app had a way to allow clients to book certain types of appointments on their own, while I manage and have control over the other appointments. I also dislike the appointment reminders automation. I have no way of confirming they are sent. Lastly, what I really dislike about square appointments is the website integration. My clients would have to click a link to click another link to pull up a page full of redundant info to book an ap... **more**

By  · v5.7 · United States

f  y  🔗  ✉  ↩ Reply

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7          SQUARE_CFPBCID_234332

 **Square Point of Sale (POS)**
iOS · 5 new reviews



### Service and Convenience
I Couldn't imagine that was this Convenient use Square service
Fast and simple
Thank you well Worth it
By [REDACTED] · v5.7.1 · United States

 Reply



### Do not download
This app charges too much for a transfer and then they close your
account without calling you. They email you how they won't give
you all your money transfer and won't look into it. When trying to
get support they don't.
By [REDACTED] · v5.7 · United States

 Reply



### Reporting to IRS
They said it's on us to report to IRS and all of a sudden they sent
the reports forcing us to report without previous notice .
Why Massachusetts has to report with other couple of states and
the rest no !
Plus it's high commission fees and disputing process is not easy .
By [REDACTED] · v5.7.1 · United States

 Reply

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7        SQUARE_CFPBCID_234333



**Payment system**
Easy and convenient I love it
By ███████ · v5.7.1 · United States

f  🐦  🔗  ✉  ↩ Reply



**Great carries but there are missing ones**
Some features like gratuity and automatic happy hour discounts are
not available. I'm told that they are making these changes but they
will only be available in the pod version. We already pay them
2.75% of our credit card sales, I think these features should be a
free update not a paid subscription
By ███████ · v5.7.1 · United States

f  🐦  🔗  ✉  ↩ Reply

---



**Caviar - Food Delivery**
Play·5 new reviews



over 2hrs waiting for food emailed them and no responses till i
cancelled will never use this again
By ███████████ · v2.4.33

f  🐦  🔗  ✉  ↩ Reply



the service works and the options are ample.
By ████████ · v2.4.33

f  🐦  🔗  ✉  ↩ Reply

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7

★★★★★

Great delivery and experience

By ▬▬▬▬▬ · v2.4.33

f  twitter  link  mail  ↩ Reply

★★★★★

Every time I order it says I don't live in the area. Ridiculous.

By ▬▬▬▬▬

f  twitter  link  mail  ↩ Reply

★★★★★

Caviar does not let me tip the courier including fractions of a dollar.
Every other restaurant let's me tip dollar amounts including cents...
Remove this arbitrary restriction.

By ▬▬▬▬▬ · v2.4.33

f  twitter  link  mail  ↩ Reply

---



### Caviar - Food Delivery

iOS · 1 new review

★★★★★

**Can't connect to internet**
The app stopped being able to connect to the internet this week on
my iPhone X. It says to check my network settings but literally
every other app on my phone works fine.

By ▬▬▬▬▬ · v2.86 · United States

f  twitter  link  mail  ↩ Reply

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7        SQUARE_CFPBCID_234335

You got this email because you're subscribed to an Appfigures alert.

Turn this alert off



© 2019 Appfigures Inc. 133 Chrystie st. New York, NY 10002

Message

| | |
|---|---|
| **From**: | Appfigures [reports@appfigures.com] |
| **Sent**: | 5/15/2017 9:45:57 PM |
| **To**: | brian@squareup.com |
| **Subject**: | Weekly report for 05/08/17 - 05/14/17 from Appfigures |



### Weekly Report for 05/08/17 - 05/14/17

Downloads:
**195,946**

Updates:
**9,028,706**

Promos:
**2**

Educational:
**7,624**

Square Cash - Send Money for Free iOS

Featured in 2 lists view all →
Ranked 3 in Finance in United States view all →

Downloads:
**124,685**

Updates:
**4,658,920**

Promos:
**2**

| Country | $ | | |
|---|---|---|---|
| United States | $0.00 124,685 4,658,920 | | |

full report →

Newest Reviews (69 total)

**Exceptional, simple, safe**
★★★★★
I love it this much, truly view

**Gr8**
★★★★★
Best app to send and receive money fast without hassle view

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7



**Amazing**
★★★★★
Love this app. Super convenient view

**Great app!**
★★★★★
I never write reviews but I have to for this app. It has been such a lifesaver when needing to send money. It's an instant transaction for a very small fee. So much easier than dealing with cash transferring businesses. Most useful app I've come across. view

**It's a great app**
★★★★☆
Fast transfers for low cost very nice app view

all reviews →

Square Point of Sale - POS System (Register) ios

Featured in 28 lists view all →
Ranked 5 in Business in United States view all →

Downloads:
**55,081**
Updates:
**4,320,898**
Educational:
**7,624**

| Country | $ | ⬇ | G |
|---|---|---|---|
| United States | $0.00 | 47,680 | 3,934,604 |
| Canada | $0.00 | 3,373 | 217,784 |
| Australia | $0.00 | 1,591 | 48,233 |
| Japan | $0.00 | 797 | 84,512 |

full report →

Newest Reviews (3 total)

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7
SQUARE_CFPBCID_241765



**Such a nightmare.**

⭐☆☆☆☆

This company is a joke, I have a legal business, legal bank account. I entered all of my information correctly. Waited the five days for the bank verification. And lo and behold no money. I have charged an upwards of five thousand dollars from my customers in the past week. And every, single, bit of it is nowhere to be found. It left my customers. But did not come to me. And every thing I do to figure it out ends up with zero answers from square, and the bank has no record of them. They're stealing money at this point and if it is not resolved they will be sued. I am not the only one this is happening to right now. They need to get it together asap. view

**Square app**

⭐⭐⭐⭐⭐

I love using square in my business for all my debit and credit card transactions. It's so easy to use on both my iPhone and Samsung devices. I like it so much I bought there stock $$$ it's been going nowhere but up! view

**Big bug - don't update**

⭐☆☆☆☆

I'm trying to add a customer to invoice so they can pay me and I can't add a customer. It keeps telling me I'm unable to add because I have to update the app (I just did - 30 seconds ago). Losing money now. Awesome. view

all reviews →

## Caviar - Food Delivery ios

Featured in 2 lists view all →

Ranked 65 in Food & Drink in United States view all →

Downloads:

**8,762**

Updates:

**23,184**

| Country | | $ | ⬇ | ↻ |
|---|---|---|---|---|
| United States | | $0.00 | 8,762 | 23,184 |

full report →

Newest Reviews (6 total)

**Awful**

⭐☆☆☆☆

Dropped order and the app keeps crashing. Do not use view



**Awful interface. Where are my ...**

★☆☆☆☆

This is a HUGE step backwards. Order Ahead let me browse restaurants by distance. There were merchants nearby! And the restaurants hate the new app, too. For instance, when you order something and get a premium side, they have no idea that you paid for that premium side because there's not a detailed breakdown of the charges. Nope, not recommended. Sorry. :-/ view

**Say what?? $10 COUPON! Go to b...**

★★★★★

Get $10 off (only deal for Caviar right now) – open Safari and go to www.bit.do/cavi (it's a shortlink to the deal) and sign up there! (Do this before you download the app otherwise you won't be able to get the deal!). 🍴Caviar is super reliable and usually arrives way before their estimate. Typically it's the cheapest out of the delivery options in my neighborhoods...plus they have better restaurants than all the other services in my area ☺. So far, all the delivery folks have been super communicative. The app also does an amazing job of showing you exactly where they are and how long it's going to take them to arrive (or you can just get texts). I'm definitely going to keep using Caviar.Give Caviar a try since the first meal is super cheap with the $10 off. Just make sure you signup at www.bit.do/cavi and then login to app with same account :D view

**Great selection of eateries**

★★★★★

Great selection, quick delivery. view

**Doesn't not deliver in west Ph...**

★☆☆☆☆

Uber eats is better they deliver everywhere. view

all reviews →

Square Dashboard - Analytics for Point of Sale ios

Featured in 3 lists view all →

Ranked 116 in Business in Canada view all →

| Downloads: | Country | | $ | ↓ | Ⓒ |
|---|---|---|---|---|---|
| **3,732** | | | | | |
| Updates: | 🇺🇸 United States | | $0.00 | 3,038 | 17,474 |
| **17,812** | | | | | |
| | 🇨🇦 Canada | | $0.00 | 285 | 127 |

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7     SQUARE_CFPBCID_241767



| | | $ | ⬇ | G |
|---|---|---|---|---|
| 🇦🇺 Australia | | $0.00 | 183 | 84 |
| 🔴 Japan | | $0.00 | 102 | 85 |

full report →

**Square Appointments - Appointment Booking App** iOS

Ranked 225 in Business in United States  view all →

| Downloads: **1,773** Updates: **7,552** | Country | $ | ⬇ | G |
|---|---|---|---|---|
| | 🇺🇸 United States | $0.00 | 1,773 | 7,552 |

full report →

**Food Delivery by Caviar** Play

Featured in 1 lists view all →
Ranked 39 in Food & Drink in United States  view all →

| Downloads: **1,172** Updates: **120** | Country | $ | ⬇ | G |
|---|---|---|---|---|
| | 🇺🇸 United States | $0.00 | 1,149 | 119 |
| | Unknown | $0.00 | 17 | 0 |
| | 🇨🇦 Canada | $0.00 | 2 | 0 |
| | 🇱🇰 Sri Lanka | $0.00 | 1 | 0 |

full report →

Newest Reviews (4 total)

**Caviar had a buy one get one f...**
⭐☆☆☆☆

Caviar had a buy one get one free deal at a local steak shop (Pat's King of Steaks) but would not accept my credit cards. I tried 2 both were declined. I contacted my financial institution and was told no transaction

CONFIDENTIAL 12 CFR 1070 et seq. & 1080.14 / Subject to FOIA Exemption Nos. 4 and 7

came through and the bank didn't decline it, my cards were good. I think it's a rip off in order to get you to sign up. view

### All stores closed? At 2PM in ...
★☆☆☆☆

All stores closed? At 2PM in San Francisco? I haven't been able to order anything via this app in 2 weeks. C'mon, fix this... view

### Horrible app from a horrible c...
★☆☆☆☆

Horrible app from a horrible company. Prices for individual items on the order page are marked up above what the restaurant charges (caviar should hide the take out menus that reveal this), AND caviar adds a service fee AND a delivery fee. Additional charges are sometimes applied after you've submitted your order and without notifying you, which is unethical. Customer service is a joke. It can take up to a week to get back to you, if they even bother. Food arrives late and cold. One time the driver honked at my neighbors to get me, because he couldn't be bothered to ring the bell or call me directly. Terrible company with an appropriately fake- friendly app. Don't get taken for a ride by these guys. view

### Best delivery service. Fast, p...
★★★★★

Best delivery service. Fast, polite, quick to resolve any issues. view

all reviews →

Square Retail - POS (Point of Sale) System ios

Ranked 7 in Business in United States view all →

| | Country | | $ | ⬇ | G |
|---|---|---|---|---|---|
| Downloads: **741** Updates: **220** | 🇺🇸 United States | | $0.00 | 741 | 220 |

full report →

Interact with this report on your mobile device



Contact us · Blog · API · Careers

Unsubscribe from this report.