# EXHIBIT A

**EXHIBIT A**

| | |
|---|---|
| 1 | ALLYSON BAKER (*admitted pro hac vice*)<br>allysonbaker@paulhastings.com |
| 2 | MEREDITH BOYLAN (*admitted pro hac vice*)<br>meredithboylan@paulhastings.com |
| 3 | MICHAEL MARUSAK (*pro hac vice application forthcoming*) |
| 4 | michaelmarusak@paulhastings.com<br>PAUL HASTINGS LLP |
| 5 | 2050 M Street, N.W.<br>Washington, DC  20036 |
| 6 | Telephone:  1(202) 551-1700<br>Facsimile:  1(202) 551-1705 |
| 7 | |
| 8 | SEAN D. UNGER (SB# 231694)<br>seanunger@paulhastings.com |
| 9 | ABIGAIL H. WALD (SB# 309110)<br>abigailwald@paulhastings.com |
| 10 | PAUL HASTINGS LLP<br>101 California Street |
| 11 | Forty-Eighth Floor<br>San Francisco, CA 94111 |
| 12 | Telephone:  1(415) 856-7000<br>Facsimile:  1(415) 856-7100 |
| 13 | *Attorneys for Respondent Block, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>BLOCK, INC. ,<br><br>　　　　　Respondent. | CASE NO. 3:22-mc-80214-SK<br><br>**DECLARATION OF MEREDITH BOYLAN IN SUPPORT OF RESPONDENT BLOCK, INC.'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE A SUR-REPLY BRIEF** |

**EXHIBIT A**
**PAGE 7**

Case No. 3:22-mc-80214-SK

DECLARATION OF MEREDITH BOYLAN
IN SUPPORT OF SUR-REPLY BRIEF

Pursuant to 28 U.S.C. § 1746, I, Meredith L. Boylan, declare upon personal knowledge as follows:

1. I am over 18 years of age and otherwise competent to make this declaration.

2. I am a partner in the law firm of Paul Hastings LLP, which represents Respondent Block, Inc. ("Block").

3. I submit this declaration pursuant to Local Rule 7-11 in support of Block's Objections to Reply Evidence and its Administrative Motion Seeking Leave to File a Sur-Reply ("Motion").

4. I have personal knowledge of the matters set forth herein.

5. On Friday November 4, 2022, the Bureau filed a reply brief and the accompanying Declaration of Joyce Chen (Dkt. No. 24).

6. On Monday November 7, 2022, I contacted Petitioner's counsel by email, seeking the Bureau's consent to Block's Motion. The Bureau stated that it does not consent.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 7, 2022
Alexandria, VA

By: s/ Meredith Boylan
    MEREDITH BOYLAN

Attorney for Respondent
Block, Inc.

**EXHIBIT A**
**PAGE 8**