ALLYSON BAKER (*admitted pro hac vice*)
allysonbaker@paulhastings.com
MEREDITH BOYLAN (*admitted pro hac vice*)
meredithboylan@paulhastings.com
MICHAEL MARUSAK (*pro hac vice application forthcoming*)
michaelmarusak@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone:  1(202) 551-1700
Facsimile:  1(202) 551-1705

SEAN D. UNGER (SB# 231694)
seanunger@paulhastings.com
ABIGAIL H. WALD (SB# 309110)
abigailwald@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

*Attorneys for Respondent Block, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>vs.<br><br>BLOCK, INC.,<br><br>Respondent. | CASE NO. 3:22-mc-80214-SK<br><br>**[PROPOSED] ORDER ON RESPONDENT BLOCK, INC.'S OBJECTIONS TO REPLY EVIDENCE AND ITS ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE A SUR-REPLY BRIEF** |

Case No. 3:22-mc-80214-SK

[PROPOSED] ORDER ON RESPONDENT BLOCK, INC.'S OBJECTIONS TO REPLY EVIDENCE AND ITS ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE A SUR-REPLY BRIEF

The Court, having considered Block, Inc.'s Objections to Reply Evidence and, in the alternative, Block's Administrative Motion seeking leave to file a five-page sur-reply brief and a supporting declaration to address the Bureau's new evidence, and all papers filed in support of and in opposition thereto, and all other papers on file in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

- The Court **SUSTAINS** Block Inc.'s, objections and **STRIKES** from the record the Declaration of Joyce Chen (ECF No. 24-2), filed in support of the Consumer Financial Protection Bureau's Reply Brief (ECF No. 24) and all exhibits attached thereto (ECF No. 24-3, 24-4, 24-5), as well as all references to the Declaration in the Bureau's Reply Brief.

[**OR**]

- The Court **GRANTS** Block, Inc.'s Administrative Motion and permits Block, Inc., to file a five-page sur-reply and a supporting declaration by November 11, 2022.

Date: _____

Sallie Kim
United States Magistrate Judge

Case No. 3:22-mc-80214-SK     - 3 -     [PROPOSED] ORDER ON RESPONDENT BLOCK, INC.'S OBJECTIONS TO REPLY EVIDENCE AND ITS ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE A SUR-REPLY BRIEF